```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
GIANNIS ANTETOKOUNMPO,                   :       20cv3575(DLC)
                                         :
                    Plaintiff,           :       ORDER
            -v-                          :
                                         :
YANNI DIMOULIS d/b/a 54THIRTY DESIGNS,   :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having reviewed the parties' proposed stipulation extending the defendant's deadline to respond to the complaint to August 14, 2020 is hereby

ORDERED that the defendant's deadline to respond to the complaint is extended to **August 5, 2020.**

Dated:   New York, New York
         July 15, 2020

                                   _____
                                          DENISE COTE
                                   United States District Judge