UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
GIANNIS ANTETOKOUNMPO,                    :          20cv3575(DLC)
                                         :
                    Plaintiff,           :             ORDER
          -v-                            :
                                         :
YANNI DIMOULIS d/b/a 54THIRTY DESIGNS,   :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

     The parties having requested an adjournment of the initial

pretrial conference scheduled for August 7, 2020, it is hereby

     ORDERED that the initial pretrial conference is adjourned

to **September 10, 2020** at **11:00 a.m.**  The parties shall use the

following dial-in credentials for the telephone conference:

                    Dial-in:       888-363-4749
                    Access code:   4324948

     IT IS FURTHER ORDERED that the parties shall use a landline

if one is available.


Dated:    New York, New York
          July 23, 2020


                                    _____
                                         DENISE COTE
                              United States District Judge