```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
GIANNIS ANTETOKOUNMPO,                   :         20cv3575(DLC)
                                         :
                    Plaintiff,           :            ORDER
          -v-                            :
                                         :
YANNI DIMOULIS d/b/a 54THIRTY DESIGNS,   :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

   This action was filed on May 7, 2020.  On July 15, the parties requested that the defendant's deadline for responding to the complaint be extended to August 14.  The Court granted the request in part by extending the deadline to August 5.  On July 23, the parties requested that the initial pretrial conference scheduled for August 7 be adjourned to September 8.  The Court granted the request and adjourned the initial pretrial conference to September 10.

   On August 18, the parties filed a proposed stipulation and order misstating the defendant's deadline to respond to the complaint as August 14.  The parties are reminded that the defendant was ordered to respond to the complaint by August 5, not August 14.  As the defendant still has not responded to the complaint, the parties' August 18 submission requested that the defendant's deadline for responding to the complaint be extended

to September 13.  They also request that the September 10 initial pretrial conference be adjourned to September 28.  It is hereby

ORDERED that the request to extend the defendant's deadline for responding to the complaint is denied.  The defendant shall respond to the complaint by **August 28, 2020**.  If the defendant fails to respond to the complaint by August 28, the plaintiff shall move for default judgment by **September 4**, or, by the same date, show cause why this case shall not be dismissed for failure to prosecute.

IT IS FURTHER ORDERED that the parties' request to adjourn the initial pretrial conference from September 10 to September 28 is denied.

Dated:    New York, New York
          August 19, 2020

_____
DENISE COTE
United States District Judge