```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
GIANNIS ANTETOKOUNMPO,                   :         20cv3575(DLC)
                                         :
                    Plaintiff,           :         ORDER OF
            -v-                          :         DISCONTINUANCE
                                         :
YANNI DIMOULIS d/b/a 54THIRTY DESIGNS,   :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    It having been reported to this Court that this case is in the process of being settled, it is hereby

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **October 9, 2020**.  If no such application is made by that date, today's dismissal of the action is with prejudice.  See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
            September 9, 2020

                                            _____
                                                DENISE COTE
                                        United States District Judge